UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GP HOSPITALITY GROUP, LLC,

    Plaintiff,

v.   No. 5:25-CV-133-H

STARR SURPLUS LINES INSURANCE COMPANY,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the parties' motions to dismiss this case without prejudice. Dkt. Nos. 7; 18; 19. Judge Reno recommends dismissing this case for lack of subject-matter jurisdiction and because both parties have now moved for dismissal. Dkt. No. 19 at 2; *see* Fed. R. Civ. P. 41(a)(2). No objections were filed, and the plaintiff has taken no action in this case since August 26, 2025. *See* Dkt. No. 18.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The parties' motions to dismiss this case without prejudice (Dkt. Nos. 7; 18) are granted.

So ordered on September 17, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE